UNITED STATES DISTRICT COURT

DISTRICT OF COLOMBIA

WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 1:24-CR-0399-ABJ |
| STEVEN HASSEL | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Molly L. Roth, Assistant Federal Public Defender and enters her appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 24040140

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September 2024, I filed the foregoing Notice of Appearance using the CM/ECF system which will give electronic notification to the following:

Alexander M. Diamond
Assistant United States Attorney
601 D Street NW
Washington, DC 20530

/s/ MOLLY LIZBETH ROTH
Attorney for Defendant